**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7613**

MATTHEW JOHNSON,

                    Plaintiff - Appellant,

          v.

STATE OF NC; NC ATTORNEY GENERAL'S OFFICE; IREDELL COUNTY;
IREDELL COUNTY DISTRICT ATTORNEY; IREDELL COUNTY SHERIFF'S
DEPARTMENT; SERGEANT WILLIAM BYRD; DETECTIVE CLARENCE
HARRIS,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:15-cv-00123-FDW)

Submitted:  December 15, 2015      Decided:  December 18, 2015

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Matthew Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. North Carolina, No. 5:15-cv-00123-FDW (W.D.N.C. Oct. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED